3:16-CV-14-CRS

# Louisville Metro Police Department

## Standard Operating Procedures

| | |
|---|---|
| | SOP Number: 12.14 |
| Standard Operating Procedures | Effective Date: 06/11/06<br>Prv. Rev. Date: 08/10/12<br>Revised Date:   04/08/13 |
| Chapter:  Special Response | Accreditation Standards:<br>CALEA: 33.6.1, 41.1.4 |
| Subject:  Canine Unit | KACP:  17.9 |

**12.14**     **CANINE UNIT** (KACP 17.9)

**12.14.1**     **PURPOSE**

The purpose of the Canine Unit is to provide assistance to any member of the Louisville Metro Police Department (LMPD) or other law enforcement agencies in crime situations where canine capabilities are required. The Canine Unit is a support unit to assist officers in performing their duties in a more efficient and effective manner, but mainly to provide them with a safer alternative in some potentially dangerous situations. The canine's natural abilities and training may assist in the location of the following:

- Criminal suspects
- Evidence

**12.14.2**     **UTILIZING CANINE UNIT PERSONNEL**

Any officer may request the deployment of a canine team. When requested, canine officers respond to the scene, appraise the situation and advise the officer in charge as to his/her evaluation of:

- Whether or not the canine can be used.
- How the canine can be used.
- How other officers should be deployed in order to minimize interference with the canine's activities and maximize the security of the scene.

While any commanding officer may negate utilization of the canine, only the canine officer determines how the canine is to be used as it pertains to the safety of the dog. Any utilization of a departmental canine shall mandate a backup officer being present to accompany the canine officer.

**12.14.3**     **AUTHORIZED UTILIZATION OF CANINE PERSONNEL** (CALEA 41.1.4a)

Canine teams will only be deployed to locate and apprehend suspects who have either committed a felony offense or when there is a reasonable suspicion to believe that they have committed a felony offense.

The following is a list of general situations for which the Canine Unit could be utilized:

- Building searches to locate and apprehend concealed felony suspects
- Tracking, locating and apprehending felony suspects who have fled the scene of a crime
- Area searches to locate and apprehend felony suspects concealed in large outdoor areas
- Article searches to locate property, drugs, explosive devices or other evidence
- Apprehending a fleeing felon
- Searching for suspect(s) by walking along suspected hiding areas with the canine on lead and air scenting for the odor of a person
- Responding to an attack on the canine's officer

Reviewed 4/30/15

# Louisville Metro Police Department

| | |
|---|---|
| **Standard Operating Procedures** | SOP Number: 12.14 |
| | Effective Date: 06/11/06<br>Prv. Rev. Date: 08/10/12<br>Revised Date: 04/08/13 |
| Chapter: Special Response | Accreditation Standards:<br>CALEA: 33.6.1, 41.1.4 |
| Subject: Canine Unit | KACP: 17.9 |

**12.14.3      AUTHORIZED UTILIZATION OF CANINE PERSONNEL (CONTINUED)**

Detector dogs that are trained in patrol shall not be used to conduct searches on people. No canine officer shall use a canine in any way to coerce or intimidate any person. Canine teams shall not be used for crowd control, unless authorized by the Chief of Police or his/her designee.

**12.14.4      CANINE USAGE GUIDELINES** (CALEA 41.1.4a)

The canine officer remains responsible for the dog and retains the authority to determine how and when the dog shall be used. Prior to, and during, detector dog searches, officers should do the following, whenever reasonable and practical:

- Keep the canine on a leash when in the presence of other officers and/or civilians
- Announce their presence prior to entering areas to be searched
- Visually check the areas to be searched before entering
- Remove any unnecessary police and/or civilians from the area to be searched

**12.14.5      CANINE OFFICER QUALIFICATIONS AND TRAINING** (CALEA 33.6.1a-b, 41.1.4b)

Canine officers shall be chosen in compliance with departmental standards and collective bargaining agreements related to the assignment to specialized units. Officers must be physically fit, capable of performing all canine tasks and able to perform a series of physical standards as determined by the Canine Unit Commander, in order to be selected, certified and retained as a canine officer. All canine teams, which consist of the canine officer and his/her canine, shall be recertified at least twice a year.

Training for canine officers and their canines is ongoing and conducted weekly, based on standards approved by the Canine Unit Commander.

**12.14.6      CARE OF CANINES** (CALEA 41.1.4c)

All canine officers are responsible for the health and general care of their assigned canines and shall ensure that the canine receives prompt and proper medical attention in the event of an injury or illness. Canine officers shall be responsible for the following:

- The canine shall be kept clean and well groomed at all times.
- The officer is responsible for administering all medication to his/her assigned canine, as prescribed by the veterinarian.
- Canine officers, who house their canine at their residence, shall ensure that their canine has proper food, medication, water and clean facilities.
- Canines housed at the kennels shall be cared for by the kennel keeper or other Canine Unit staff.
- In the event that a canine is lost, the officer shall notify his/her supervisor immediately and take action to locate the dog, without delay.

Reviewed 4/30/15

# Louisville Metro Police Department

| Standard Operating Procedures | SOP Number: 12.14 |
|---|---|
|  | Effective Date: 06/11/06<br>Prv. Rev. Date: 08/10/12<br>Revised Date:   04/08/13 |
| Chapter:  Special Response | Accreditation Standards:<br>CALEA: 33.6.1, 41.1.4 |
| Subject:  Canine Unit | KACP:  17.9 |

**12.14.7    CANINE EQUIPMENT (CALEA 41.1.4d)**

Each canine officer is responsible for the equipment assigned to him/her. The following canine equipment shall be issued to each canine officer:

- Muzzle
- Three (3) and six (6) foot leads
- Choke chain
- Stakeout collar
- Grooming brush and rake
- Bite sleeve
- Tracking line
- Electric collar

**12.14.8    TRANSPORTING CANINES IN DEPARTMENTAL VEHICLES**

All departmental canine vehicles shall have an approved canine insert installed that is safe for the dog and handler. All canines shall be placed in the back seat of a departmental vehicle, properly secured, until they are put into service. At no time shall the canine be placed in the front seat of a departmental vehicle.

Whenever a canine officer leaves his/her vehicle and dog unattended, the officer shall lock all doors. The canine officer shall use his/her judgment to utilize the cooling or heating system and ensure that the canine has adequate ventilation. The canine shall not be left unattended for a lengthy period of time without a break.




**Louisville Metro Police Department**
**633 West Jefferson Street**
**Louisville, KY 40202-2714**

# Wearable Video System Request Form

__11-4-2015 at 0040 hrs__
Date and Time of Incident

__N253580__
Report Number (if known)

__40th and River Park, Louisville, Ky. 40211__
Location of Incident

__Badge Numbers 7821 and 7843__
Officer(s) Involved

**Explanation of Incident or Related Information**

On the above date and time these officers, named by Badge Number, pulled me over for alleged traffic violation. Officers held me for an unreasonable amount of time, 25 minutes. Extracted me from my vehicle, and searched, and took me without legal cause or authority.

__11-9-2015__
Date of Request

__As soon as possible__
Date Needed

__CHEROSCO L. BREWER__
Requestor's Name (printed)

_____
Company/Law Firm (if applicable)

☐ Pick Up Video
☐ Mail Video

_____
Requestor's Email

__658 South 40th Street__
Requestor's Address

__Louisville__  City
__Kentucky__  State
__40211__  Zip

__502 594-5345__
Requestor's Telephone # (Area Code) XXX-XXXX

Are you a media organization?
☐ Yes  ☐ No

---

(FOR USE BY LMPD EMPLOYEES)

Date Received _____
# of Videos _____

Date Completed _____
Cost $ _____

Record Number _____
Paid $ _____

LMPD # 15-0013




**Louisville Metro Police Department**
633 West Jefferson Street
Louisville, KY 40202-2714

# Wearable Video System Request Form

**Date and Time of Incident:** 11-4-2015 at 0040 hrs.

**Report Number (if known):** N253580

**Location of Incident:** 40th and River Park, Louisville, KY 40211

**Officer(s) Involved:** Badge No. 7821 and 7843

**Explanation of Incident or Related Information:**
On the above stated time, these above stated badge numbers pulled me over for a traffic violation allegation, and held me there for an unreasonable amount of time. Approximately 25 minutes, and ordered me from my vehicle with no cause, and searched. Officers touched me in unlawful manner.

**Date of Request:** 11-9-2015

**Date Needed:** As soon as possible.

**Requestor's Name (printed):** CHEROSCO L. BREWER

**Company/Law Firm (if applicable):**

☐ Pick Up Video
☐ Mail Video

**Requestor's Email:**

**Requestor's Address:** 658 South 40th Street

**City:** Louisville    **State:** KY.    **Zip:** 40211

**Requestor's Telephone # (Area Code) XXX-XXXX:** 502 594-5345

**Are you a media organization?** ☐ Yes   ☐ No

---

(FOR USE BY LMPD EMPLOYEES)

Date Received _____    Date Completed _____    Record Number _____
# of Videos _____      Cost $ _____             Paid $ _____

LMPD # 15-0013
09/15

☐ VETERAN                                                            ☒ JUVENILE OFFENDER

COMMONWEALTH OF KENTUCKY
# UNIFORM CITATION
KSP 206 (REV 2/1/06)

**VIOLATOR**

| AGENCY | LMPD | | ORI: KY 0563000 | |
|---|---|---|---|---|
| NAME (L-F-M) SKIP A SPACE BETWEEN NAMES | Brewer Cherosco L | ATTN: ☐ | HOME PHONE | |
| ALIAS | | | EMERGENCY PHONE | |
| ADDRESS (RFD/STREET/APT. NO., ETC.) 633 So 40 Q | | | KENTUCKY RESIDENT STATUS F.☒ FULL TIME  P.☐ PART TIME  N.☐ NON RESIDENT | |
| CITY Louisville | STATE: Ky | ZIP: 40211 | MARITAL STATUS | |
| I.D. TYPE/STATE DL Ky | I.D. NUMBER B94-530-995 | S.S. NUMBER | VICTIM'S RELATIONSHIP TO OFFENDER | |
| DATE OF BIRTH 11 5 73 | SEX ☒MALE ☐FEMALE | RACE ☐WHITE ☒BLACK ☐AM. INDIAN OR ALASKAN ☐ASIAN | ETHNIC ORIGIN ☐HISPANIC ☒NON HISPANIC | |
| PLACE OF EMPLOYMENT / OCCUPATION | CITY | STATE | HEIGHT 5'10" | WEIGHT 260 | HAIR COLOR BLK | EYE COLOR BRO |

**VEHICLE**

| VEH. MAKE Dodge | VEH. TYPE 01 | VEH. YEAR 15 | COLOR TOP/BOTTOM Gry | ALCOHOL/DRUG INVOLVEMENT (SPECIFY) ☐NO ☐YES ☐UNK | | |
| REG. STATE Ky | REG. YEAR 16 | REGISTRATION NO. 199 TJV | VEHICLE IDENTIFIERS Chrysler | MPH | IN MPH ZONE | VOL. KEY |

**DATE/TIME**

| VIOLATION DATE 11 4 15 | VIOLATION TIME 0040 | EXACT LOCATION OF VIOLATION / ARREST 40 / River Park | | B.A. RESULTS |
| DATE OF ARREST | TIME OF ARREST | MILES | DIRECTION | CITY Louisville | COUNTY OF VIOLATION Jeff | SECTOR |

**CHARGES**

| VIOLATION CODE | ASCF | STATUTE/ORD | CHARGES | # | PLEA | FIND-ING | FINAL VIOLATION CODE | DISPN. CODE | FINE | COSTS | FEE | JAIL / PRISON | PROB. TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00248 | | 189.110 | ExcTint | 1 | | | | | | | | | |
| 00109 | | 189.380 | NoSignal | 2 | | | | | | | | | |
| 00499 | | 189.125 | N.SeaBlt | 3 | | | | | | | | | |
| | | | | 4 | | | | | | | | | |

**COURT**

| COURT DATE 12 15 15 | COURT TIME 1:00 ☐AM ☒PM | PAYABLE ☐ ☒ COURT | COURT LOCATION 600 W. Jefferson | COURT CASE NO. | DISPN. DATE | TRIAL ☐B ☐J ☐N | CLERKS INITIALS |

**POST-ARREST COMPLAINT**

Det observed subject operating the listed vehicle with excessive tint. Tint. Fail to signal. Turned south onto 40th St from River Park.
Upon stop subject had no seat belt buckled behind him and failed to wear it properly.

| CDL LICENSE | ☐No ☐Yes | PLACARDED HAZARDOUS VEHICLE | ☐No ☐Yes |
| COMMERCIAL VEHICLE | ☐No ☐Yes | CDL CLASS ☐A ☐B ☐C | |

YEAR 15
CONTROL NUMBER N253580

| NAME OF WITNESS | ADDRESS CITY/STATE |
| NAME OF WITNESS | ADDRESS |
| CASE NO. | 1 | 2 | 3 | 4 |

| CARRIED FOR UCR BY CONTRIBUTOR: ☐ OTHER AGENCY: ☐ SPECIFY | ☒IN-CAR VIDEO Body Cam | ☐FINGER PRINTS ☐PHOTOS | EVIDENCE HELD |
| OFFICER'S SIGNATURE | BADGE / I.D. NUMBER 7871 / 7845 | ASSIGNMENT 93 |

☐ VETERAN   ☐ JUVENILE OFFENDER

COMMONWEALTH OF KENTUCKY
# UNIFORM CITATION
KSP 206 (REV 2/1/06)

**VIOLATOR**

## OFFENDER / VIOLATOR

- **AGENCY:** Louisville Metro Police Dept
- **ORI:** KY 0568000
- **NAME (L-F-M):** Brewer, Cherrosco Lamont
- **ATTN:** ☐
- **HOME PHONE:**
- **ALIAS:**
- **EMERGENCY PHONE:**
- **ADDRESS:** 658 S. 40th St
- **KENTUCKY RESIDENT STATUS:** F. ☒ FULL TIME   P. ☐ PART TIME   N. ☐ NON RESIDENT
- **CITY:** Louisville   **STATE:** KY   **ZIP:** 40211
- **MARITAL STATUS:**
- **I.D. TYPE/STATE:** OL/KY   **I.D. NUMBER:** B94-530-995   **S.S. NUMBER:** 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
- **VICTIM'S RELATIONSHIP TO OFFENDER:**
- **DATE OF BIRTH:** 11/05/73   **SEX:** ☒ MALE ☐ FEMALE   **RACE:** ☐ WHITE ☒ BLACK ☐ AM. INDIAN OR ALASKAN ☐ ASIAN
- **ETHNIC ORIGIN:** ☐ HISPANIC ☒ NON HISPANIC
- **PLACE OF EMPLOYMENT / OCCUPATION:**   **CITY:**   **STATE:**
- **HEIGHT:**   **WEIGHT:**   **HAIR COLOR:**   **EYE COLOR:**

## VEHICLE

- **VEH. MAKE:** Ford   **VEH. TYPE:** 01   **VEH. YEAR:** 2015   **COLOR (TOP/BOTTOM):** White
- **ALCOHOL/DRUG INVOLVEMENT:** ☒ NO ☐ YES ☐ UNK
- **REG. STATE:** AR   **REG. YEAR:** 2016   **REGISTRATION NO.:** 196 RSI
- **VEHICLE IDENTIFIERS:**   **MPH:**   **IN MPH ZONE:**   **VOL. KEY:**

## DATE / TIME

- **VIOLATION DATE:** 11/24/15   **VIOLATION TIME:** 0230
- **EXACT LOCATION OF VIOLATION / ARREST:** 11th / Broadway
- **B.A. RESULTS:**
- **DATE OF ARREST:**   **TIME OF ARREST:**   **MILES:**   **DIRECTION:**   **CITY:** Louisville   **COUNTY OF VIOLATION:** Jefferson   **SECTOR:** 1/3

## CHARGE(S)

| VIOLATION CODE | ASCF | STATUTE / ORD. | CHARGES | # | PLEA | FINDING | FINAL VIOLATION CODE | DISPN. CODE | FINE | COSTS | FEE | JAIL / PRISON | PROB. TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60248 | | 189.110 | (x Tint) | 1 | | | | | | | | | |
| | | | | 2 | | | | | | | | | |
| | | | | 3 | | | | | | | | | |
| | | | | 4 | | | | | | | | | |

## COURT

- **COURT DATE:** 12/15/15   **COURT TIME:** 7:00 ☐ AM ☒ PM   **PAYABLE:** ☐ ☒ COURT
- **COURT LOCATION:** 600 W Jefferson
- **COURT CASE NO.:**   **DISPN. DATE:**   **TRIAL:** ☐ B ☐ J ☐ N
- **CLERKS INITIALS:**

## POST-ARREST COMPLAINT

Ofc observed listed subject operating listed vehicle w/ window tint dark enough to where officer could see nothing inside vehicle while standing next to it and using a 600 lumen flashlight to view inside.

WVS Activated

## CDL

- **CDL LICENSE:** ☒ No ☐ Yes
- **PLACARDED HAZARDOUS VEHICLE:** ☒ No ☐ Yes
- **COMMERCIAL VEHICLE:** ☒ No ☐ Yes
- **CDL CLASS:** ☐ A ☐ B ☐ C

- **YEAR:** 15
- **CONTROL NUMBER:** N390409
- **TYPE:** 1

## CASE

- **NAME OF WITNESS:**   **ADDRESS CITY/STATE:**
- **NAME OF WITNESS:**   **ADDRESS:**
- **CASE NO.:** 1   2   3   4
- **CARRIED FOR UCR BY CONTRIBUTOR:** ☐
- **OTHER AGENCY:** ☐ SPECIFY ___
- ☐ IN-CAR VIDEO
- ☐ FINGER PRINTS
- ☐ PHOTOS
- **EVIDENCE HELD**
- **OFFICER'S SIGNATURE:** X J. Beckett
- **BADGE / I.D. NUMBER:** 7968
- **ASSIGNMENT:** 113A

NOT ORIGINAL DOCUMENT
11/13/2015 08:17:01 AM
82193

**BREWER, CHEROSCO LAMONT**
Bk Dt: 11/13/2015 00:59   DOB: 11/05/1973
Inmate #: 00362151
Booking #: 201530892

KSP 206 (REV 2/1/06)

COURT

### OFFENDER / VIOLATOR

| AGENCY | LMPD |
|---|---|
| NAME (L-F-M) SKIP A SPACE B... | Brewer, Cherosco L |
| ALIAS | |
| ADDRESS (RFD/STREET/APT. NO., ETC.) | 1058 S. 40th St. |
| CITY | Louisville |
| STATE | KY |
| ZIP | 40211 |
| I.D. TYPE/STATE | DL/KY |
| I.D. NUMBER | B44-530-995 |
| S.S. NUMBER | 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 |
| DATE OF BIRTH | 11/05/73 |
| SEX | ☒ MALE ☐ FEMALE |
| RACE | ☒ BLACK |
| HOME PHONE | Y 0568050 |
| ETHNIC ORIGIN | ☒ NON HISPANIC |
| HEIGHT | 5'10" |
| WEIGHT | 280 |
| HAIR COLOR | BLK |
| EYE COLOR | BRO |

KENTUCKY RESIDENT STATUS: F. ☒ FULL TIME

### VEHICLE

| VEH. MAKE | VEH. TYPE | VEH. YEAR | COLOR TOP/BOTTOM |
|---|---|---|---|
| FORD | 01 | 2010 | SILVER |
| REG. STATE | REG. YEAR | REGISTRATION NO. | |
| KY | 15 | 687-RH7 | |

ALCOHOL/DRUG INVOLVEMENT: ☒ YES  COCAINE

### DATE / TIME

| VIOLATION DATE | VIOLATION TIME | EXACT LOCATION OF VIOLATION / ARREST |
|---|---|---|
| 11/12/15 | | W. Broadway / S. 24th |
| DATE OF ARREST | TIME OF ARREST | CITY / COUNTY |
| 11/12/15 | 2356 | Louisville / Jeff  Sector 1/2 |

### CHARGE(S)

| VIOLATION CODE | STATUTE / ORD. | CHARGES | # |
|---|---|---|---|
| 43364 | 218A.1412 | TICS 1st | 1 |
| 42805 | 218A.1415 | PDCS 1st | 2 |
| 00248 | 189.110 | Ex Tnt | 3 |

**15F-012023**

### COURT

COURT LOCATION: ARREST

### POST-ARREST COMPLAINT

DET OBSERVED LISTED VEHICLE TRAVELING E/B ON W. BROADWAY WITH EXCESSIVE WINDOW TINT AND TINTED WINDSHIELD. SUB TRAVELING E/B IN LEFT LANE. SUB STOPPED IN ROADWAY FOR APPROX 15 SEC THEN CONTINUED E/B. SUB PULLED TO THE RIGHT SIDE OF ROADWAY PARKING IN FRONT OF PARKING LOT ENTRANCE BLOCKING ENTRANCE. SUB PULLED BACK ONTO ROADWAY CONTINUING E/B. DET STOPPED VEHICLE AT LISTED LOCATION MAKING CONTACT W/ LISTED SUB. LMPD K-9 ALERTED ON VEHICLE. DET RECOVERED LARGE AMOUNT OF COCAINE AND HEROIN PACKAGED FOR SALE CONCEALED BEHIND DASHBOARD OF VEHICLE. SUB HAD LARGE AMOUNT OF U.S. CURRENCY IN VARIOUS DENOMINATIONS IN RT. PANTS POCKET CONSISTENT W/ NARCOTICS TRAFFICKING. SUB IS CURRENTLY OUT ON $25,000 BOND FOR PENDING CASE# 15-F-011948

### CDL

CDL LICENSE ☐ No ☐ Yes
COMMERCIAL VEHICLE ☐ No ☐ Yes
PLACARDED HAZARDOUS VEHICLE ☐ No ☐ Yes
CDL CLASS ☐ A ☐ B ☐ C

YEAR: 15
CONTROL NUMBER: N259000

NAME OF WITNESS: Anthony James  K-9 2528
NAME OF WITNESS: _____

### CASE

CASE NO. 80-15-092252
CARRIED FOR UCR BY CONTRIBUTOR: ☐
OTHER AGENCY: ☐ SPECIFY _____
OFFICER'S SIGNATURE X Stewart - Casse
BADGE / I.D. NUMBER: 7845, 7821
ASSIGNMENT: 9FC

☐ IN-CAR VIDEO   ☐ FINGER PRINTS ☐ EVIDENCE HELD ✓   ☐ PHOTOS

# COMMONWEALTH OF KENTUCKY
# UNIFORM CITATION

82193

KSP 206 (REV 2/1/06)

☐ VETERAN  ☐ JUVENILE OFFENDER

**AGENCY:** LMPD
**ORI:** KY 0568500

BREWER, CHEROSCO LAMONT
Bk Dt: 11/11/2015 02:16  DOB: 11/05/1973
Inmate #: 00362151
Booking #: 201530705

## OFFENDER / VIOLATOR

- **NAME (L-F-M):** BREWE
- **ALIAS:**
- **ADDRESS:** 658 S. 40th St.
- **CITY:** Louisville  **STATE:** KY  **ZIP:** 40211
- **ID TYPE/STATE:** OL/KY  **ID NUMBER:** B54-530-995
- **DATE OF BIRTH:** 11/5/73
- **SEX:** Male
- **RACE:** Black
- **ETHNIC ORIGIN:** Non Hispanic
- **HOME PHONE:**
- **EMERGENCY PHONE:**
- **KENTUCKY RESIDENT STATUS:** Full Time
- **MARITAL STATUS:** S
- **HEIGHT:** 5'11"  **WEIGHT:** 220  **HAIR COLOR:** BLK  **EYE COLOR:** BRO

## VEHICLE

- **VEH. MAKE:** DODG
- **VEH. TYPE:** 02
- **VEH. YEAR:** 2013
- **COLOR:** Grey
- **ALCOHOL/DRUG INVOLVEMENT:** YES
- **REG. STATE:** KY
- **REG. YEAR:** 2016
- **REGISTRATION NO:** 799TJV

## DATE / TIME

- **EXACT LOCATION OF VIOLATION/ARREST:** Wilson Ave / Olive Street
- **DATE OF ARREST:** 11/11/15  **TIME OF ARREST:** 0100
- **CITY:** Lou.
- **COUNTY OF VIOLATION:** 057  **SECTOR:** 1st

## CHARGES

| VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGES | # |
|---|---|---|---|---|
| 52197 | 6 | 527.040 | CPFH6 | 1 |
| 42301 | 6 | 218A.1412 | TICS | 2 |
| 00248 | | 189.110 | EWT | 3 |
| 42263 | | 218A.1417 | POCS 3rd | 4 |

**15F011946**

## COURT

**COURT LOCATION:** ARRESTED

## POST-ARREST COMPLAINT

Subject is a convicted felon. Ofc's observed listed subj. operating listed vehicle w/ excessive window tint. Det. James and K-9 Diesel assisted in an exterior K-9 sniff. K-9 Diesel alerted on drivers door. K-9 deployed inside vehicle. K-9 alerted on interior door handle. Detectives observed a plastic baggie containing marijuana. K-9 re-deployed in vehicle and again made another alert under steering column. Ofc Hogan and Sgt Adams observed rear sights of a handgun. Sgt Adams recovered a Glock 22 .40 cal handgun from under steering column, bearing Serial # HVP337. Ofc's also recovered plastic container containing several baggies individually packaged for sale. Ofc recovered a bottle containing Loratabs from center console. An undetermined amount of US Currency seized. *GUN: GLOCK 22 .40 CAL SERIAL # HVP337*

- **CDL LICENSE:** No
- **COMMERCIAL VEHICLE:** No
- **PLACARDED HAZARDOUS VEHICLE:** No
- **NAME OF WITNESS:** Det. Tony James #8522  **ADDRESS:** 9th Mobile
- **CASE NO:** 8015091655
- **CARRIED FOR UCR BY CONTRIBUTOR:** X
- **BODY CAMERAS**
- **EVIDENCE HELD:** YES
- **OFFICER'S SIGNATURE:** X Hogan / Holland / J. Adams
- **BADGE/I.D. NUMBER:** 7971 / 7945 / 2504
- **ASSIGNMENT:** MSB 9-P

Control Number: N351099

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:12CV-595-H

CHEROSCO L. BREWER                                                   PLAINTIFF

v.

BERT DELONG et al.                                                  DEFENDANTS

**MEMORANDUM AND ORDER**

        On July 23, 2014, Plaintiff moved for a restraining order to prevent Defendant, Bert Delong, and other members of the Metro Police Department from harassing and intimidating him. The request is supported by a signed statement and a parking citation copy. Defendants did respond and denied the allegations generally.

        If Plaintiff's assertions are true, they would support a restraining order. Moreover, this conduct could show an animus of Officer Delong which may be relevant evidence in the upcoming trial. Defendants would be well-advised to keep their conduct on a completely professional level so far as Mr. Brewer is concerned. Just because a person was previously arrested or has previously served time in prison does not change his right to be left alone when law abiding.

        Being otherwise sufficiently advised,

        IT IS HEREBY ORDERED that Defendants should not contact or interact with Mr. Brewer except as may be appropriate and necessary in the ordinary conduct of official police activity.

August 19, 2014

*[signature]*

John G. Heyburn II
Senior Judge, U.S. District Court

cc: Cheroscol L. Brewer, *Pro Se*
Counsel of Record

## Orders on Motions

3:12-cv-00595-JGH Brewer v. Delong et al

### U.S. District Court

### Western District of Kentucky

### Notice of Electronic Filing

The following transaction was entered on 8/20/2014 at 9:16 AM EDT and filed on 8/20/2014
**Case Name:** Brewer v. Delong et al
**Case Number:** 3:12-cv-00595-JGH
**Filer:**
**Document Number:** 87

**Docket Text:**
**MEMORANDUM AND ORDER by Senior Judge John G. Heyburn, II on 8/19/2014 - Defendants should not contact or interact with Mr. Brewer except as may be appropriate and necessary in the ordinary conduct of official police activity. cc: Counsel, Cheroscol L. Brewer, Pro Se(DAK)**

**3:12-cv-00595-JGH Notice has been electronically mailed to:**

Kent Wicker   kwicker@dbllaw.com, aneace@dbllaw.com, dgrant@dbllaw.com

David S. Kaplan   dkaplan@millerwells.com, chinkle@millerwells.com, mhauserlamb@millerwells.com

Stephen P. Durham   steve.durham@louisvilleky.gov, judi.johnson@louisvilleky.gov

Lesley A.S. Bilby   lbilby@dbllaw.com, dgrant@dbllaw.com

Andrew R. Smith   asmith@millerwells.com

**3:12-cv-00595-JGH Notice will not be electronically mailed to.:**

Cherosco L. Brewer
658 South 40th Street
Louisville, KY 40211

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1036078947 [Date=8/20/2014] [FileNumber=2340456-0
] [10854d197838355d5860c77ec2d3a63d443b615a791a641219b4d4398318a6ffffd
9b53b070c1bc86b6902272fc135c7f017d41b856e85e5b76385f8c045d1e0]]

https://ecf.kywd.circ6.dcn/cgi-bin/Dispatch.pl?527362785293752                    8/20/2014