

# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10    UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

CHEROSCO BREWER

"Amended"

3:16 CV14-CRS

(Full name of the Plaintiff(s) in this action)

v.

OFFICER'S CASSE, HOLLAND, J. ADAMS,

HOLIAN, STEWART, J. BECKETT, DETECTIVE

JAMES

CIVIL ACTION NO. _____
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

### I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: CHEROSCO L. BREWER

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __OFFICER'S CASSE, HOLLAND, J. ADAMS, HOLIAN,__ is employed as __STEWART, J. BECKETT, DETECTIVE T. JAMES are all being sued in their individual capacity.__ at _____.

The Defendant is being sued in his/her (✓) individual and/or (___) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

each defendant herein acted alone or in concert with one another when they knowingly and intentionally

violated plaintiffs constitutional rights without any just cause are provocation by knowingly allowing each

other to violate its own policies and procedures and plaintiffs U,S, Constitutional Rights under the 4th, 5th,

6th, and 14th amendments of the U.S. Constitution, ans Section 210 of the Kentucky Constitution in an

attempt to bring about unjust convictions as complained in original complaint at 1-34. The Defendants actions,

or inactions as complained of at 1-34 of the original complaint, was the proximate or direct cause of the

constitutional deprivations as alleged at 35-37 of the original complaint. Without discovery, or intervention

of this Court, plaintiff cannot properly give a precise definition of the events that occurred.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 100,000,00

___ grant injunctive relief by _____

✓ award punitive damages in the amount of $ 100,000,00

✓ other: any and all relief the Court deems proper and fit

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 15 day of _____, 20__.

*Cherosco L. Brewer*
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)