# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10     UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

CHEROSCO L. BREWER

_____

_____

"AMENDED"
3:16CV14-CRS

(Full name of the Plaintiff(s) in this action)

v.

HOLLAND, J. ADAMS, T. JAMES, HOLIAN,

STEWART, CASSE, J. BECKETT

_____

_____

CIVIL ACTION NO.  3:16CV14-CRS
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

## I.     PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff:  CHEROSCO L. BREWER _____

Place of Confinement: _____

Address:  658 S. 40th STREET, LOUISVILLE, KY. 40211 _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (   )   PRETRIAL DETAINEE (   )

(3)  Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (   )   PRETRIAL DETAINEE (   )

**(B) Defendant(s)**.  Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued.  Repeat this procedure for each additional Defendant named, if any.

(1)  Defendant ___HOLLAND, STEWART , CASSE___ is employed

as ___POLICE OFFICER___ at ___LMPD___ .

The Defendant is being sued in his/her ( ✓ ) individual and/or (   ) official capacity.

(2)  Defendant ___J. ADAMS___ is employed

as ___POLICE SGT.___ at ___LMPD___ .

The Defendant is being sued in his/her ( ✓ ) individual and/or (   ) official capacity.

(3)  Defendant ___T. JAMES___ is employed

as ___POLICE DETECTIVE___ at ___LMPD___ .

The Defendant is being sued in his/her ( ✓ ) individual and/or (   ) official capacity.

(4)  Defendant ___HOLIAN corrected name is "HOGAN"___ is employed

as ___POLICE OFFICER___ at ___LMPD___ .

The Defendant is being sued in his/her ( ✓ ) individual and/or (   ) official capacity.

2

(5) Defendant _____J. BECKETT_____ is employed

as ___POLICE OFFICER_____ at _____LMPD_____.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( __ ) official capacity.

## II.    PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES ( __ ) NO ( ✓ )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

      Plaintiff(s): _____

               _____

      Defendant(s): _____

               _____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

### III.  STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.  However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Plaintiffs' Amendment   goes as follows; Plaintiff realleges and incorporates by reference all claims and

arguments set forth in his original complaint. Plaintiff was pulled over by Defendants Stewart and Casse

on 11-4-15, as alleged in original complaint at 1st stop. Plaintiff was ordered from his vehicle by

Defendants Stewart and Casse. These defendants stuck their hands into plaintiffs pockets, and further

searched plaintiffs vehicle without probable cause or any reasonable articulable suspicion that criminal

activity was afoot.  2)  Defendants Stewart and Casse failed to justify the purpose of their stop by not

investigating the alleged excessive window tint allegation.  Plaintiff was unlawfully detained for 45 minutes.

3)  At no point of this unlawful detention was plaintiff under arrest. Plaintiff assert that defendants Casse

and Stewart actions were carried out for racially motivated reasons, and in violation of plaintiff's 4th

Amendment Right to the United States Constitution  4)  Defendants Stewart and Casse caused plaintiff

mental and emotional anguish, and humiliation, and that their actions as complained of above was the

direct or proximate cause of the constitutional harm as alleged at the 1st stop of the original complaint.

5)  On the second stop of the original complaint; On 11-11-15, Plaintiff was pulled over by Defendants

Holland, Hogan (correcting from name Holian), and J. Adams, for alleged excessive window tint.

Plaintiff was ordered from his vehicle as alleged at 4-5 of original complaintDefendants Holland and

Adams stuck their hands in plaintiffs front and back pockets searching him, without his consent and

without probable cause or reasonable articulable suspicion of criminal activity  6)  Defendnat James

appeared to already be present,  and without plaintiffs consent, probable cause, or reasoanbe articulable

suspicion of criminal activity, unlawfully deployed the K-9 to search around, and inside the interior of

4

Plaintiffs' vehicle along with Defendants' Hogan and Adams. Plaintiff was searched multiple times by Defendant's James, the K-9 Officer, as well as Defendants' Hogan, Holland, and Adams.

7.     Plaintiff was pulled over by Defendants Casse, and Stewart for alleged excessive window tint and was ordered from his vehicle as alleged in plaintiff's original complaint, herein incorporated by reference. That on 11-4-15, plaintiff was pulled

8.   Defendants' Hogan, Adams, James, and Holland submitted false information on the charging citation, and are the direct or proximate cause of the malicious prosecution asserted by Plaintiff at 2nd stop of the original

9.     Each of the defendants, individually, and in concert with the others, acted under the color of law to deprive plaintiff of his right to be free from illegal searches and seizures of his persons, papers and effects, or his vehicle. Also his right to be free from illegal detention, unlawful arrest or imprisonment.

10.     Defendant James unlawfully deployed the K-9 as alleged at 2nd stop of the original complaint. Plaintiff re-alleges, and incorporates by reference as if fully set forth in all legal claims and laws in plaintiffs' origin compliant

11.     Plaintiff was held for approximately 3 hours. Without investigation of the purpose for stopping plaintiff. Excessive window tint

### 3rd Stop

12.     On 11-12-15, Plaintiff was pulled over for alleged excessive window. Plaintiff was ordered from his car by Defendants Stewart and Casse. Plaintiff was immediately cuffed. Without plaintiffs' consent, Defendants Stewart and Casse proceeded in sticking their hands inside plaintiffs' front and back pockets as alleged in original complaint at *19-21*

13.     Plaintiff observed Defendant T. James and the K-9 coming towards his

direction from across the street with 2 other John Doe Officers, were at least three other cars were being searched.

14.     Defendants' Casse stated, "Look who I got here, It's Cherosco Brewer."

15.     The statement by this defendant set into effect a chain of events which led to defendants use of excessive force as alleged in the original complaint at 3rd stop, when three John Doe officers rushed from across the street were the African Americans were sitting on the ground and vehicles being searched, and proceeded to rough plaintiff up, assisted by Defendants Stewart and Casse, as alleged in the original complaint at 3rd stop.

16.     Defendant Casse probed his hand at the crack of plaintiff's buttock searching for drugs he stated, upon plaintiff's protest.

17.     Defendant T. James unlawfully deployed K-9, and was a main character in the illegal road block as alleged at *20-21* of the original complaint. Assisted by the John Doe Officers whom assisted in roughing plaintiff up, and Defendants' Casse and Stewart.

18.     Defendants Stewart and Casse submitted the false information as alleged in the original complaint at *24* of the original complaint, causing the malicious prosecution of plaintiff, assisted by Defendant James.

19.     Plaintiff was held for nearly three hours, searched multiple times without probable cause and for racially motivated reasons without justifying the purpose of their stop.

### 4th Stop

20.     On 11-24-15, plaintiff was pulled over by defendant J. Beckett, as alleged at *31 of the original complaint*

21.     Defendants Holland, Casse, and the John Doe officers' alleged at *16* of

this complaint arrived shortly thereafter. Plaintiff was summarily ordered from car by defendant J. Beckett, as alleged at *32 of the original complaint* and cuffed.

22. Defendant Beckett and John Doe officers began sticking their hands in plaintiffs' pockets. All conducted against plaintiffs protest, and in violation of plaintiffs rights as alleged at *33 of the original complaint*

23. That as a direct and proximate cause of the defendants' unlawful search and detainment of plaintiff his Constitutional rights to be shielded from unreasonable searches and seizures, were violated. All named defendants deprived plaintiff of his rights to Equal Protection and Due Process of Law, as alleged throughout the original complaint.

RESPECTFULLY,

*Cherosco L. Brewer*

CHEROSCO L. BREWER
658 S. 40th STREET
LOUISVILLE, KENTUCKY 40211

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

_____ award money damages in the amount of $ ___100,000.00_____

_____ grant injunctive relief by _____

_____ award punitive damages in the amount of $ _____

_____ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
### (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _19_ day of _Dec._____, 20_16_

_Cherosco J. Deuve_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6