UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CHEROSCO L. BREWER                                                                     PLAINTIFF

v.                                                         CIVIL ACTION NO. 3:16-CV-00014-CRS

OFFICER HOLLAND et al.                                                DEFENDANTS

<u>Memorandum Opinion & Order</u>

This matter is before the Court on the motion of *pro se* Plaintiff Cherosco L. Brewer for leave to add an additional plaintiff to the current action under Federal Rule of Civil Procedure 21. Mot. Amend 1, ECF No. 16. Brewer asserts that the proposed additional plaintiff, Yvette Allen, is currently proceeding in an action pending before the Jefferson County, Kentucky District Court, Case No. 15-CI-12761, that "arose from the same set of facts" on which this case is based. *Id*. Brewer maintains that "the efficient administration of justice should permit that she be allowed to be added to this action as a plaintiff and avoid piecemeal litigation." *Id*. at 1–2.

On May 4, 2017, this Court directed the Clerk of Court to re-issue summonses for Defendants Holland, Steward, Casse, Adams, James, Hogan, and Beckett (collectively, "Defendants"), who are identified as officers with the Louisville Metro Police Department. Order 5/4/2017 1–2, ECF No. 20. Defendants have not yet made an appearance in this action and thus did not respond to Brewer's motion to add Allen as a plaintiff to the current action.

1

A motion to add an additional plaintiff is procedurally improper. Any plaintiff who wishes to join in the current action may move for leave to intervene under Federal Rule of Civil Procedure 24. Accordingly, Brewer's motion for leave to add an additional plaintiff is **DENIED**.

May 16, 2017

**Charles R. Simpson III, Senior Judge**
**United States District Court**