UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CHEROSCO L. BREWER                                                PLAINTIFF

v.                                   CIVIL ACTION NO. 3:16-CV-00014-CRS

OFFICER HOLLAND et al.                                    DEFENDANTS

<u>Memorandum Opinion & Order</u>

On April 4, 2017, the defendants pulled over *pro se* Plaintiff Cherosco L. Brewer for a traffic stop and took him into custody on a federal warrant. Mot. Enjoin Defendants 1, ECF No. 19. Brewer maintains that the state government "submitted illegally obtained or planted evidence to federal authority to have [him] charged under federal jurisdiction." *Id*. at 1–2. He asserts that the defendants' search of his vehicle and his subsequent arrest violated his Fourth Amendment right to be free from unreasonable searches and seizures. *Id*. at 2.

These events gave rise to this civil case, as well as to a related criminal case that is currently pending before the Honorable David J. Hale, Case No. 3:17-CR-00037-DJH ("the criminal case"). Brewer now moves for an order enjoining the defendants from presenting evidence in the criminal case. *Id*. at 3. Brewer also moves for an order releasing him from federal custody. *Id*. at 3–4. The defendants did not respond.

This is an inappropriate forum for Brewer's motion. The presenting of evidence in the criminal case and Brewer's release from custody are matters that must be brought to the attention of the court before which Brewer's criminal case is pending. Accordingly, Brewer's motion is **DENIED**.

July 12, 2017

**Charles R. Simpson III, Senior Judge**
**United States District Court**